**William E. Moan, appellee, v. G. P. Racine, appellant. Gen. No. 29,824.**

Suit to recover balance of contract price of oil-burning heater. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Bedinger, Judge, presiding. Heard in the first

division of this court for the first district at the October term, 1924. Reversed and judgment of *nil capiat*. Opinion filed April 13, 1925.

Joseph Granick and Edward N. Sherburne, for appellant. Ela, Grover & March, for appellee; Gerald L. McMullen, of counsel.

Mr. Justice Matchett delivered the opinion of the court.